UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office Diaz & Associates, P.C.
Adrian Johnson, Esquire
309 Fellowship Road, Suite 200

Order Filed on August 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sabrina Ann Hamby

Case Number: 18-24196

Hearing Date: 08/14/2018

Judge: **Michael B. Kaplan**

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 15, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by  Adrian Johnson, Esquire  and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to  Sabrina Ann Hamby  is reinstated effective the date of this order.

*rev. 7/12/16*