UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office Diaz & Associates, P.C.
Adrian Johnson, Esquire
309 Fellowship Road, Suite 200

Order Filed on August 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sabrina Ann Hamby

Case Number: 18-24196

Hearing Date: 08/14/2018

Judge: **Michael B. Kaplan**

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 15, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by ___Adrian Johnson, Esquire___ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to ___Sabrina Ann Hamby___ is reinstated effective the date of this order.

*rev.7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-24196-MBK
Sabrina Ann Hamby                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Aug 15, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db             +Sabrina Ann Hamby,    27 Oak Leaf Lane,    Toms River, NJ 08755-5184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
              Adrian    Johnson    on behalf of Debtor Sabrina Ann Hamby evanf@diazlawnow.com
              Albert    Russo    docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVCING, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6