Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18–24196–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sabrina Ann Hamby
27 Oak Leaf Lane
Toms River, NJ 08755

Social Security No.:
xxx–xx–3532

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on N/A.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 7, 2019
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Sabrina Ann Hamby
           Debtor

Case No. 18-24196-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Jan 07, 2019
                             Form ID: 148          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2019.
db          +Sabrina Ann Hamby,    27 Oak Leaf Lane,   Toms River, NJ 08755-5184
lm           Bayview Loan Servicing, LLC,    P.O. Box 65091,   Dallas, TX 75265
517879805   +Atlantica, LLC,    RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
             Duluth, GA 30097-8461
517646830    Bayview Loan Servicing, LLC,    PO Box 65091,   Dallas, TX 75265-0091
517646832   +Columbia House,    PO Box 6348,   Harlan, IA 51593-1848
517646836   +Milstead & Associates, LLC,    c/o Rhondy Lynn Schwartz, Esquire,   1 E. Stow Road,
             Marlton, NJ 08053-3118
517646837   +Piercing Pagado,    PO Box 182120,   Columbus, OH 43218-2120
517646839   +Santander Consumer USA,    PO Box 1984,   Carmel, IN 46082-1984

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 08 2019 00:14:04    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 08 2019 00:14:02    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517750208   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 08 2019 00:14:31
             Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard,   5th Floor,
             Coral Gables, FL 33146-1837
517646831    EDI: CAPITALONE.COM Jan 08 2019 04:28:00    Capital One,   15000 Capital One Dr,
             Richmond, VA 23238
517650663   +E-mail/Text: bankruptcy@cavps.com Jan 08 2019 00:14:25    Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
517646833   +EDI: WFNNB.COM Jan 08 2019 04:28:00    Comenitycb/piercingpgd,   Po Box 182120,
             Columbus, OH 43218-2120
517646834   +EDI: CCS.COM Jan 08 2019 04:28:00    Credit Collection Serv,   725 Canton St,
             Norwood, MA 02062-2679
517646835    EDI: DISCOVER.COM Jan 08 2019 04:28:00    Discoverbank,   Po Box 15316,   Wilmington, DE 19850
517766724   +EDI: MID8.COM Jan 08 2019 04:28:00    MIDLAND FUNDING LLC,   PO Box 2011,
             Warren, MI 48090-2011
517646838   +EDI: CCS.COM Jan 08 2019 04:28:00    Progressive Insurance,   725 Canton Street,
             Norwood, MA 02062-2679
517698975   +EDI: DRIV.COM Jan 08 2019 04:28:00    SANTANDER CONSUMER USA,   P.O. Box 560284,
             Dallas, TX 75356-0284
517646840    EDI: NEXTEL.COM Jan 08 2019 04:28:00    Sprint,   PO Box 4191,   Carol Stream, IL 60197-4191
517704968   +EDI: DRIV.COM Jan 08 2019 04:28:00    Santander Consumer USA Inc,   POB 961245,
             Fort Worth, TX 76161-0244
517649789   +EDI: RMSC.COM Jan 08 2019 04:28:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
                                                                                     TOTAL: 14

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Atlantica, LLC,    RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
             Duluth, GA 30097-8461
                                                                           TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2019                          Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 07, 2019
                             Form ID: 148              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2019 at the address(es) listed below:
```
         Adrian  Johnson    on behalf of Debtor Sabrina Ann Hamby evanf@diazlawnow.com
         Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
         Albert  Russo    docs@russotrustee.com
         Alexandra T. Garcia   on behalf of Creditor    BAYVIEW LOAN SERVCING, LLC NJECFMAIL@mwc-law.com,
          nj-ecfmail@ecf.courtdrive.com
         Alexandra T. Garcia   on behalf of Creditor    Bayview Loan Servicing, LLC. NJECFMAIL@mwc-law.com,
          nj-ecfmail@ecf.courtdrive.com
         Alexandra T. Garcia   on behalf of Loss Mitigation    Bayview Loan Servicing, LLC
          NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
         Francis T. Tarlecki   on behalf of Creditor    Limosa, LLC Njecfmail@mwc-law.com,
          ftarlecki.kashlaw@gmail.com
         Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
          LIABILITY COMPANY kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Laura M. Egerman    on behalf of Creditor    Atlantica, LLC bkyecf@rasflaw.com,
          bkyecf@rasflaw.com;legerman@rasnj.com
         Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
          Liability Company nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
         Melissa S DiCerbo    on behalf of Loss Mitigation    Bayview Loan Servicing, LLC
          nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 12
```