| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on January 7, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>**SABRINA ANN HAMBY**<br><br>Debtor(s) | Case No.: 18-24196 MBK<br>Chapter:    13<br>Hearing Date:<br>Judge:   Michael B. Kaplan |

### CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is ORDERED.

**DATED: January 7, 2019**

*[signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

  Failure to file required schedules
  Failure to make all required pre-confirmation payments to the Trustee

And it is further ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*Rev. 5/8/17*

United States Bankruptcy Court
District of New Jersey

In re:
Sabrina Ann Hamby
    Debtor

Case No. 18-24196-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 07, 2019
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2019.
db          +Sabrina Ann Hamby,    27 Oak Leaf Lane,    Toms River, NJ 08755-5184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2019    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2019 at the address(es) listed below:
          Adrian   Johnson    on behalf of Debtor Sabrina Ann Hamby evanf@diazlawnow.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Alexandra T. Garcia    on behalf of Loss Mitigation   Bayview Loan Servicing, LLC
       NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor   BAYVIEW LOAN SERVCING, LLC NJECFMAIL@mwc-law.com,
       nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor   Bayview Loan Servicing, LLC. NJECFMAIL@mwc-law.com,
       nj-ecfmail@ecf.courtdrive.com
          Francis T. Tarlecki    on behalf of Creditor   Limosa, LLC Njecfmail@mwc-law.com,
       ftarlecki.kashlaw@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
       LIABILITY COMPANY kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    Atlantica, LLC bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
          Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
       Liability Company nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
          Melissa S DiCerbo    on behalf of Loss Mitigation   Bayview Loan Servicing, LLC
       nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                    TOTAL: 12