**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−24196−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sabrina Ann Hamby
   27 Oak Leaf Lane
   Toms River, NJ 08755

Social Security No.:
   xxx−xx−3532

Employer's Tax I.D. No.:

**NOTICE OF ORDER VACATING
AN ORDER OF DISMISSAL**

   NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 1/7/2019 has been vacated effective 1/8/2019.

Dated: January 8, 2019
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-24196-MBK
Sabrina Ann Hamby                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jan 08, 2019
                              Form ID: 149             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2019.
```
db              +Sabrina Ann Hamby,    27 Oak Leaf Lane,    Toms River, NJ 08755-5184
lm               Bayview Loan Servicing, LLC,    P.O. Box 65091,    Dallas, TX  75265
517879805       +Atlantica, LLC,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                  Duluth, GA 30097-8461
517646830        Bayview Loan Servicing, LLC,    PO Box 65091,    Dallas, TX 75265-0091
517646832       +Columbia House,    PO Box 6348,    Harlan, IA 51593-1848
517646836       +Milstead & Associates, LLC,    c/o Rhondy Lynn Schwartz, Esquire,    1 E. Stow Road,
                  Marlton, NJ 08053-3118
517646837       +Piercing Pagado,    PO Box 182120,    Columbus, OH 43218-2120
517698975       +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
517646839       +Santander Consumer USA,    PO Box 1984,    Carmel, IN 46082-1984
517704968       +Santander Consumer USA Inc,    POB 961245,    Fort Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 09 2019 01:15:35      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 09 2019 01:15:33      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517750208       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 09 2019 01:16:00
                  Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard,    5th Floor,
                  Coral Gables, FL 33146-1837
517646831        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 09 2019 01:30:08      Capital One,
                  15000 Capital One Dr,    Richmond, VA 23238
517650663       +E-mail/Text: bankruptcy@cavps.com Jan 09 2019 01:15:56      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517646833       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 09 2019 01:15:23      Comenitycb/piercingpgd,
                  Po Box 182120,    Columbus, OH 43218-2120
517646834       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 09 2019 01:16:21
                  Credit Collection Serv,    725 Canton St,    Norwood, MA 02062-2679
517646835        E-mail/Text: mrdiscen@discover.com Jan 09 2019 01:14:40      Discoverbank,    Po Box 15316,
                  Wilmington, DE 19850
517766724       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 09 2019 01:15:32      MIDLAND FUNDING LLC,
                  PO Box 2011,    Warren, MI 48090-2011
517646838       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 09 2019 01:16:21      Progressive Insurance,
                  725 Canton Street,    Norwood, MA 02062-2679
517646840        E-mail/Text: appebnmailbox@sprint.com Jan 09 2019 01:15:31      Sprint,    PO Box 4191,
                  Carol Stream, IL 60197-4191
517649789       +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2019 01:30:48      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Atlantica, LLC,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                  Duluth, GA 30097-8461
                                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jan 08, 2019
                              Form ID: 149             Total Noticed: 22


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2019 at the address(es) listed below:
              Adrian   Johnson    on behalf of Debtor Sabrina Ann Hamby evanf@diazlawnow.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVCING, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Loss Mitigation    Bayview Loan Servicing, LLC
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Francis T. Tarlecki    on behalf of Creditor    Limosa, LLC Njecfmail@mwc-law.com,
               ftarlecki.kashlaw@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Atlantica, LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Melissa S DiCerbo    on behalf of Loss Mitigation    Bayview Loan Servicing, LLC
               nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 12
```