Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−24196−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sabrina Ann Hamby
   27 Oak Leaf Lane
   Toms River, NJ 08755

Social Security No.:
   xxx−xx−3532

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on July 16, 2018 and a confirmation hearing on such Plan has been scheduled for February 26, 2019.

The debtor filed a Modified Plan on February 25, 2019 and a confirmation hearing on the Modified Plan is scheduled for March 26, 2019 @ 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 26, 2019
JAN: wdr

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 18-24196-MBK
Sabrina Ann Hamby                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2      Date Rcvd: Feb 26, 2019
                              Form ID: 186                Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2019.
db             +Sabrina Ann Hamby,    27 Oak Leaf Lane,    Toms River, NJ 08755-5184
lm              Bayview Loan Servicing, LLC,    P.O. Box 65091,    Dallas, TX   75265
517879805      +Atlantica, LLC,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
517646830       Bayview Loan Servicing, LLC,    PO Box 65091,    Dallas, TX 75265-0091
517646832      +Columbia House,    PO Box 6348,    Harlan, IA 51593-1848
517646836      +Milstead & Associates, LLC,    c/o Rhondy Lynn Schwartz, Esquire,    1 E. Stow Road,
                 Marlton, NJ 08053-3118
517646837      +Piercing Pagado,    PO Box 182120,    Columbus, OH 43218-2120
517698975      +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
517646839      +Santander Consumer USA,    PO Box 1984,    Carmel, IN 46082-1984
517704968      +Santander Consumer USA Inc,    POB 961245,    Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2019 00:03:55      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2019 00:03:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517750208      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 27 2019 00:04:18
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1837
517646831       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 27 2019 00:07:59       Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517650663      +E-mail/Text: bankruptcy@cavps.com Feb 27 2019 00:04:11      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517646833      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 27 2019 00:03:34      Comenitycb/piercingpgd,
                 Po Box 182120,    Columbus, OH 43218-2120
517646834      +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 27 2019 00:04:42
                 Credit Collection Serv,    725 Canton St,    Norwood, MA 02062-2679
517646835       E-mail/Text: mrdiscen@discover.com Feb 27 2019 00:02:44      Discoverbank,    Po Box 15316,
                 Wilmington, DE 19850
517766724      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 27 2019 00:03:52      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517646838      +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 27 2019 00:04:42      Progressive Insurance,
                 725 Canton Street,    Norwood, MA 02062-2679
517646840       E-mail/Text: appebnmailbox@sprint.com Feb 27 2019 00:03:49      Sprint,    PO Box 4191,
                 Carol Stream, IL 60197-4191
517982382      +E-mail/Text: bkteam@selenefinance.com Feb 27 2019 00:02:59      Selene Finance,
                 9990 Richmond Ave, Suite 400 South,    Houston, TX 77042,    Selene Finance,
                 9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
517982381      +E-mail/Text: bkteam@selenefinance.com Feb 27 2019 00:02:59      Selene Finance,
                 9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
517649789      +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2019 00:06:38      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Atlantica, LLC,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019                                       Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin               Page 2 of 2              Date Rcvd: Feb 26, 2019
                              Form ID: 186              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2019 at the address(es) listed below:

```
          Adrian    Johnson     on behalf of Debtor Sabrina Ann Hamby evanf@diazlawnow.com
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Alexandra T. Garcia     on behalf of Creditor     BAYVIEW LOAN SERVCING, LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia     on behalf of Creditor    Bayview Loan Servicing, LLC. NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia     on behalf of Loss Mitigation    Bayview Loan Servicing, LLC
           NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
          Charles H. Jeanfreau     on behalf of Creditor    Limosa, LLC Charlesj@w-legal.com,
           BNCmail@w-legal.com
          Francis T. Tarlecki     on behalf of Creditor    Limosa, LLC Njecfmail@mwc-law.com,
           ftarlecki.kashlaw@gmail.com
          Kevin Gordon McDonald     on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Laura M. Egerman     on behalf of Creditor    Atlantica, LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Melissa S DiCerbo     on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
          Melissa S DiCerbo     on behalf of Loss Mitigation    Bayview Loan Servicing, LLC
           nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```