Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                  Case No.:  18−24196−MBK
                  Chapter:  13
                  Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sabrina Ann Hamby
   27 Oak Leaf Lane
   Toms River, NJ 08755

Social Security No.:
   xxx−xx−3532

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on April 10, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 62 − 54
Order Granting Application for Extension of Loss Mitigation (Related Doc # 54). Loss Mitigation Period Extended to: 5/1/19. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/10/2019. (kmf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 10, 2019
JAN: kmf

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Sabrina Ann Hamby
    Debtor

Case No. 18-24196-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 10, 2019
    Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
lm      Bayview Loan Servicing, LLC,    P.O. Box 65091,    Dallas, TX    75265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:
     Adrian Johnson    on behalf of Debtor Sabrina Ann Hamby evanf@diazlawnow.com
     Albert Russo    docs@russotrustee.com
     Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
     Alexandra T. Garcia    on behalf of Loss Mitigation    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
     Alexandra T. Garcia    on behalf of Creditor    Limosa, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
     Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVCING, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
     Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
     Charles H. Jeanfreau    on behalf of Creditor    Limosa, LLC Charlesj@w-legal.com, BNCmail@w-legal.com
     Francis T. Tarlecki    on behalf of Creditor    Limosa, LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com
     Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
     Laura M. Egerman    on behalf of Creditor    Atlantica, LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
     Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
     Melissa S DiCerbo    on behalf of Loss Mitigation    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
     TOTAL: 14