UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office of Diaz & Associates, P.C.
309 Fellowship Road, Suite 200
Mt. Laurel, NJ 08054

In Re:

Sabrina Ann Hamby

Order Filed on April 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-24196

Chapter: 13

Judge: Michael B. Kaplan

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 10, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __November 15, 2018__ :

Property:     27 Oak Leaf Tree, Toms River, NJ 08755

Creditor:     Bayview Loan Servicing, LLC

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by __February 22, 2019__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __May 1, 2019__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:
Sabrina Ann Hamby
    Debtor

Case No. 18-24196-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin     Page 1 of 1     Date Rcvd: Apr 10, 2019
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
db          +Sabrina Ann Hamby,   27 Oak Leaf Lane,   Toms River, NJ 08755-5184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:
          Adrian Johnson    on behalf of Debtor Sabrina Ann Hamby evanf@diazlawnow.com
          Albert Russo    docs@russotrustee.com
          Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
          Alexandra T. Garcia    on behalf of Loss Mitigation Bayview Loan Servicing, LLC
           NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    Limosa, LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVCING, LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC. NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Charles H. Jeanfreau    on behalf of Creditor    Limosa, LLC Charlesj@w-legal.com,
           BNCmail@w-legal.com
          Francis T. Tarlecki    on behalf of Creditor    Limosa, LLC Njecfmail@mwc-law.com,
           ftarlecki.kashlaw@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    Atlantica, LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          Melissa S DiCerbo    on behalf of Loss Mitigation    Bayview Loan Servicing, LLC
           nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                      TOTAL: 14