Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                  Case No.: 18−24196−MBK
                                  Chapter: 13
                                  Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sabrina Ann Hamby
   27 Oak Leaf Lane
   Toms River, NJ 08755

Social Security No.:
   xxx−xx−3532

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/25/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 25, 2019
JAN: wir

                                                                               Jeanne Naughton
                                                                               Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                             Case No. 18-24196-MBK
Sabrina Ann Hamby                                                  Chapter 13
            Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2        Date Rcvd: Apr 25, 2019
                               Form ID: 148                Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2019.
db             +Sabrina Ann Hamby,    27 Oak Leaf Lane,    Toms River, NJ 08755-5184
lm              Bayview Loan Servicing, LLC,    P.O. Box 65091,    Dallas, TX 75265
517879805      +Atlantica, LLC,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
517646830       Bayview Loan Servicing, LLC,    PO Box 65091,   Dallas, TX 75265-0091
517646832      +Columbia House,    PO Box 6348,    Harlan, IA 51593-1848
517646836      +Milstead & Associates, LLC,    c/o Rhondy Lynn Schwartz, Esquire,    1 E. Stow Road,
                 Marlton, NJ 08053-3118
517646837      +Piercing Pagado,    PO Box 182120,    Columbus, OH 43218-2120
517646839      +Santander Consumer USA,    PO Box 1984,   Carmel, IN 46082-1984

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 26 2019 00:12:49      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 26 2019 00:12:46      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517750208      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 26 2019 00:13:22
                 Bayview Loan Servicing, LLC,   4425 Ponce de Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1837
517646831       EDI: CAPITALONE.COM Apr 26 2019 03:28:00      Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238
517650663      +E-mail/Text: bankruptcy@cavps.com Apr 26 2019 00:13:09      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517646833      +EDI: WFNNB.COM Apr 26 2019 03:28:00      Comenitycb/piercingpgd,   Po Box 182120,
                 Columbus, OH 43218-2120
517646834      +EDI: CCS.COM Apr 26 2019 03:28:00      Credit Collection Serv,   725 Canton St,
                 Norwood, MA 02062-2679
517646835       EDI: DISCOVER.COM Apr 26 2019 03:28:00      Discoverbank,   Po Box 15316,   Wilmington, DE 19850
517766724      +EDI: MID8.COM Apr 26 2019 03:28:00      MIDLAND FUNDING LLC,   PO Box 2011,
                 Warren, MI 48090-2011
517646838      +EDI: CCS.COM Apr 26 2019 03:28:00      Progressive Insurance,   725 Canton Street,
                 Norwood, MA 02062-2679
517698975      +EDI: DRIV.COM Apr 26 2019 03:28:00      SANTANDER CONSUMER USA,   P.O. Box 560284,
                 Dallas, TX 75356-0284
517646840       EDI: NEXTEL.COM Apr 26 2019 03:28:00      Sprint,   PO Box 4191,   Carol Stream, IL 60197-4191
517704968      +EDI: DRIV.COM Apr 26 2019 03:28:00      Santander Consumer USA Inc,   POB 961245,
                 Fort Worth, TX 76161-0244
517982382      +E-mail/Text: bkteam@selenefinance.com Apr 26 2019 00:11:48      Selene Finance,
                 9990 Richmond Ave, Suite 400 South,    Houston, TX 77042,   Selene Finance,
                 9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
517982381      +E-mail/Text: bkteam@selenefinance.com Apr 26 2019 00:11:48      Selene Finance,
                 9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
517649789      +EDI: RMSC.COM Apr 26 2019 03:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Atlantica, LLC,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2           Date Rcvd: Apr 25, 2019
                              Form ID: 148               Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:

```
              Adrian   Johnson     on behalf of Debtor Sabrina Ann Hamby evanf@diazlawnow.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    Limosa, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVCING, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Loss Mitigation    Bayview Loan Servicing, LLC
               NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Charles H. Jeanfreau    on behalf of Creditor    Limosa, LLC Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Francis T. Tarlecki    on behalf of Creditor    Limosa, LLC Njecfmail@mwc-law.com,
               ftarlecki.kashlaw@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Atlantica, LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              Melissa S DiCerbo    on behalf of Loss Mitigation    Bayview Loan Servicing, LLC
               nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 14
```